**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WANDALIZ ALVAREZ, | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| v. | : | No. 25-894 |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security, | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **10th** day of **July 2026**, upon consideration of Plaintiff Wandaliz Alvarez's Brief and Statement of Issues in Support of Request for Review (ECF 10), the Commissioner's Response (ECF 11), and Plaintiff's Reply (ECF 12), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that:

1. Plaintiff's Request for Review is **DENIED,** and the final order of the Commissioner of Social Security is **AFFIRMED**; and

2. **JUDGMENT** is entered in favor of Defendant Frank Bisignano, Acting Commissioner of Social Security and against Plaintiff Wandaliz R. Alvarez; and

3. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

_____
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*